1

2

3

4

5

6

7

8      **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     SHERMAN D. MANNING,                    No. CIV S-08-1881-JAM-CMK-P

12              Plaintiff,

13        vs.                                  <u>ORDER</u>

14     PLEASANT VALLEY STATE
       PRISON, et al.,

15
                Defendants.
16
       _____/
17

18              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19     to 42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

20     federal venue statute requires that the action be brought only in "(1) a judicial district where any

21     defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

22     substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

23     of property that is the subject of the action is situated, or (3) a judicial district in which any

24     defendant may be found, if there is no district in which the action may otherwise be brought."  28

25     U.S.C. § 1391(b).  While plaintiff states that he "wants to sue C.D.C./P.V.S.P.," apparently

26     referring to the California Department of Corrections and Rehabilitation and Pleasant Valley

                                                    1

1   State Prison, it is clear that his claim(s) concern events at the California Men's Colony in San

2   Luis Obispo County, which is within the boundaries of the United States District Court for the

3   Central District of California.  Therefore, the court finds that this action most appropriately

4   proceeds in that district.  In the interest of justice, the court will transfer this case.  See 28 U.S.C.

5   § 1406(a).

6               Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

7   United States District Court for the Central District of California.

8

9

10   DATED:  September 3, 2008

11                                              _____
                                               **CRAIG M. KELLISON**
12                                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26